# Court of Appeals
# of the State of Georgia

ATLANTA,  April 23, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1648. WILLIE CLARENCE LEE, JR. v. THE STATE.

In 2014, a jury convicted Willie Clarence Lee, Jr., of two counts of rape, two counts of statutory rape, and four counts of child molestation. This Court affirmed his conviction in an unpublished opinion. See *Lee v. State*, Case No. A18A1940 (Jan. 17, 2019). In November 2025, Lee filed a motion to vacate, set aside, or reverse judgment. On December 4, 2025, the trial court dismissed the motion without prejudice and on January 7, 2026, Lee filed a notice of appeal. We lack jurisdiction.

Pretermitting the substantive issues raised by this appeal, a notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38(a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Ebeling v. State*, 355 Ga. App. 469, 469 (844 SE2d 518) (2020). Because Lee's notice of appeal was filed 34 days after entry of the trial court's order, it is untimely. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  04/23/2026

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*